UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL RODRIGUEZ, | ) | CASE NO. CV 11-5360-AG (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| MIKE MCDONALD, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:   <u>July 31, 2011</u>.


_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment PJW.wpd